63,775-19

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 10 2015
Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

EX PARTE THOMAS W. FLORENCE

WRIT # 63,775-19

REQUEST THAT THE CLERK SEND HIM A COPY OF THE DENIAL OF WRIT # 63,775-19
APRIL 1, 2015

COMES NOW PETITIONER THOMAS FLORENCE TO MOVE THE CLERK TO SEND HIM A COPY OF THE ORDER OF DENIAL OF HIS WRIT 63,775-19 THAT WAS DISMISSED FOR NON COMPLIANCE.

I CERTIFY UNDER THE PENALTY OF PERJURY THAT ON APRIL 7, 2015 TDCJ MAIL ROOM STAFF GAVE HIM A LEGAL MAIL PICK UP AND IT WAS A RESPONSE (FRIVOLOUS) TO HIS JUDICIAL BIAS ART. 11.07 L0CR1217-83-6, WITH MOTION TO RECUSE TRIAL COURT 11.07 JUDGE FROM 11.07 PROCEEDING(S)

PETITIONER FOUND OUT A PAGE 2 OF THE GALVESTON COUNTY DISTRICT ATTY'S RESPONSE TO HIS Id. WRIT L0CR1217-83-6 THAT THIS COURT HAD DISMISSED HIS ART. 11.06, ART. 11.07, WRIT THAT WAS VERIFIED AND MAILED BY PRISON STAFF TO BEXAR COUNTY DIST. CLERK'S OFFICE AND THE PETITIONER CERTIFY THAT BEXAR COUNTY

1

PROSECUTOR NEVER RESPONDED OR CLERK THAT SAID WRIT WAS NONE COMPLIANCE.

THIS WRIT # WR.63-775-19 WAS NOT NONE COMPLIANT. SEE. THIS. COURT'S OWN ON-GOING RULINGS THAT A JURISDICTIONAL & SUBJECT MAT-TER JURISDICTION CAN NEVER BE WAIVED.

SEE. EXPARTE, MOSS, 446 SW3d 786,786 (TEX. CRIM. APP. 2014) CITING CASES.

IN THIS PARTICULAR CASE 10CR1217, THE RECORD AND ADMITTANCE BY THE STATE, AND TRIAL COURT SHOWS THAT THE MAGISTRATE NEVER HAD PERSONAL JURISDICTION OR JURISDICTION OR SUB-JECT MATTER JURISDICTION TO ISSUE A 4-22-10 ARREST WARRANT BASED ON G190 # 2010-13986 FUNDAMENTALLY DEFECTIVE ARREST AND CHARG-ING AFFIDAVIT IT DID NOT COMPLY WITH CONSTITUTIONAL OR JUDICIALLY CREATED REQ-UISITIES, NIX v. STATE, AT 664,668 CITED IN EXPARTE MOSS, 786, SUPRA. SEE. STATE v. ZORRILLA 404 SW3d 734 (TEX. APP. SANANTON-IO 2013).

2

THE GALVESTON COUNTY JULY 14, 2010 GRAND JURY LACKED PERSONAL JURISDICTION, JURISDICTION AND SUBJECT MATTER JURISDICTION TO ISSUE THE 7-14-2010 NULL AND VOID ILLEGALLY OBTAINED INDICTMENT ISSUED OFF OF GPD# 2010-13986 INVALIDATED COMPLAINT THAT DID NOT COMPLY WITH ART. 1.23, 15.05(2) 45.019(2),(3)(4)(7). SEE, ZORRILLA 737 N2.

\* SEE, EXPARTE JACKSON (CR.APP.1906) 50 TEX. CRIM. 324; 95 S.W. 1047, WHICH (ART. 15.05) ARTICLE REQUIRES NEITHER THE CONSTITUTIONAL (ART. 1.23) BEGINNING NOR CONCLUSION (ART. 1.23) TO A COMPLAINT. THE CONSTITUTIONAL BEGINNING AND CONCLUSION TO A COMPLAINT (ART. 15.05) (45.019 (4) (7)) MUST[FN1] BE COMPLIED WITH.

SEE, R.R. VOL 5 of 9 P.176 (10CR1217) TRIAL JUDGE AND FORMER GAL. CO. D.A. ADMIT's THAT ONLY THE VOID GPD# 2010-13986 COMPLAINT AT ISSUE IN 10CR1217-83-3; 10CR1217-83-4 WAS THE ONLY THING PRESENTED TO THE 7-14-2010 GRAND JURY TO ISSUE THE 7-14-2010 INDICTMENT (VOID)

SEE, ZORRILLA 736. CITING MOFF. 1001. SEE, EXPARTE MOSS, 786 CITING CASES.

THE TRIAL COURT LACKED PERSONAL JURISDICTION, JURISDICTION, SUBJECT MATTER JURISDICTION OVER PETITIONER AND OFFENCE CHARGE

FN1. MUST CREATES A RIGHT OR PRECEDENT TEX.GOV.T.CODE 311.016

3

SEE, NIX, 664, 668, ' ZORRIUA, 737, N2, '
EXPARTE, MOSS 786 (TX, CRIM, APP. 2014)

THE RECORD(S) GPD# 2010-13986 COMPLAINTS
CLEARLY LEAVES NO QUESTION OF THE
FUNDAMENTAL DEFECTS. THAT Id. 2010-13986
DID NOT COMPLY WITH ART. 1.23, '15.05 a), '
45.019 (a)(2), (4) (7), EXPARTE JACKSON, SUPRA '
ZORRIUA 737, N2 SUPRA, ' (EXPARTE MOSS).
THE PETITIONER'S SANANTONIO ART. 11.06,
11.07 IS NOT NONE COMPLIANCE. BECAUSE
NONE OF THE COURT'S OR STATE IN GALVESTON
COUNTY HAD PERSONAL JURISDICTION, ' JUR-
ISDICTION OR SUBJECTMATTER JURISDICT-
ION OVER PETITIONER NIX, 664, 668.
AND PROCEDURAL DEFAULT CAN NEVER
BE APPLIED, NIX, CITING EXPARTE MATTER-
SON AT, 19.

THE BEXAR COUNTY FILING IS AS OF IT'S A
FRESH AND FIRST FILING DUE TO THE COURT'S
IN GALVESTON DID NOT HAVE JURISDICTION
AND ART. 11.06, '11.07 APPLIES TO THAT
FILING THAT WAS DISMISSED ON 4-1-2015.

PETITIONER REQUEST HIS WHITECARD, BE
SENT BECAUSE HE CAN CHALLENGE THESE IN
2254. SEE, BASHROBA v. STEPHENS (EXIS 139 534 CN.D.
TEX.2014) CITING NIX. , SEE, EVANS v. CHAIN 577, F3d
620 (5TH CIR. 2009).
SEE, NIX, CITING CUSTIS v. U.S. 114 S.CT. 1732, 1737
1994). CITING, JOHNSON v. ZERBST, 458 S.CT 1019, 1024
1025 (1938).

4

THE STATE, FALSELY MISSTATE THAT MY 1ST WRIT 11.07 10CR1217-83-1 THAT WAS FILED 10-26-2010 WAS DENIED JULY 9, 2014 SEE 10CR1217-83-6 P.1 STATES 4-1-2015, REPLY.

Id. 10CR1217-83-1 11.07, 11.08 WRIT WAS NEVER SENT TO THIS COURT AS ADMITTED TO BY THIS SAME A.D.A. IN 10CR1217-83-3 P.2 STATE'S REPLY TO ART. 11.07.

THE STATE FALSELY MISSTATE THAT 10CR1217-83-2 WRIT WAS DISMISSED BY THIS COURT JANUARY 28, 2015. IS FALSE.

THIS WRIT WAS DISMISSED 2011-2012 DUE TO 01-11-00822 CR APPEAL PENDING, A.D.A. ROGER EZELL RESPONDED TO Id. WRIT 10CR1217-83-2.

THE STATE MISSTATE FALSELY APRIL 1, 2015, REPLY P.2 THAT 10CR1217-83-3 WRIT WAS DISMISSED APRIL 2015 FOR NONE COMPLIANCE.

THIS MARCH 12, 2015 WRIT WAS FILED IN BEXAR COUNTY ART. 11.06, 11.07 AND NOT GALVESTON SEE. WR-63,775-19.

10CR1217-83-3 WAS DENIED 2014, (THE 10CR1217-83-4 WRIT (S.D.TEX.CIVIL #G-14-CV-376) WAS DENIED 2015, 10CR1217-83-5 NEWLY DISCOVERED EVIDENCE WRIT AND OTHER GROUND IS PENDING BEFORE THIS COURT.

SEE, EXPARTE. MOSS, (COPY BEING SENT TO G-14-CV-376 AS EVIDENCE), THIS COURT AGAIN (NDC, __ CITING EXPARTE PATTERSON AT 19) 786 (1) JURISDICTIONAL CLAIMS ARE NOT NORMALLY SUBJECT TO NOTIONS OF PROCEDURAL DEFAULT (WHICH IS WHY

5

THE APPLICANT CAN RAISE HER CLAIM HERE).

PETITIONER'S CLAIMS ARE NOT BARRED BY THE LEGISLATURE AND WAS AND IS COGNIZIABLE, AS OPPOSED TO THIS COURT'S ARBITRARY AND BIAS IN-PART TOWARDS THE PRO SE PETITIONER WHO'S PRESENTED EXHIBIT'S, TRIAL, APPEAL REC-ORD IN 10CR1217-83-III, 10CR1217-83-IV, 10CR-1217-83-V THAT THE COURT'S DID NOT HAVE PERSONAL JURISDICTION, NOR JUR-ISDICTION OR SUBJECT MATTER JURISDICT-ON OVER PETITIONER, SEE, NDX, 1-2 664, 668, AND RESTATED BY THIS COURT IN EXPARTE MOSS AT 786.

NO STATE COURT HAS ADDRESSED THE VAL-IDITY OR SUFFICENCY OF GPD # 2010-13986 4-21-22-2010 AFFIDAVIT AND COMPLAINT FOR ARREST WARRANT FILED (ALLEGEDLY) IN J.P. CT. #1 SEE, ART, 1.23, 15.05, 15.05(2), 45.018(a), 45.019 (a)(2)(4)(1), EXPARTE JACK-SON, EXPARTE, NDX, 664, 668, EXPARTE MOSS 786.

*Thomas Flowers* 4-8-15

ALL PROPER RELIEF AS LAW REQUIRES RECON SIDERED, GRANTED, CURRENT
WR.63,775-29 WHERE COURT CLAIMS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

6